# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES: ☒ MAGISTRATE  ☐ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF: US v. Eric hasriner

FOR: _____
AT: _____

LOCATION NUMBER: _____

**PERSON REPRESENTED** (Show your full name): Eric Restriner

1. ☒ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

**DOCKET NUMBERS**
- Magistrate: _____
- District Court: _____
- Court of Appeals: _____

**CHARGE/OFFENSE** (describe if applicable & check box →): ☒ Felony  ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
- Are you now employed? ☐ Yes  ☒ No  ☐ Am Self-Employed
- Name and address of employer: Unemployed
- IF YES, how much do you earn per month? $ _____
- IF NO, give month and year of last employment: 2/04
- How much did you earn per month? $ 7,000
- If married is your Spouse employed? ☐ Yes  ☒ No
- IF YES, how much does your Spouse earn per month? $ _____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS**

**OTHER INCOME** — Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes  ☒ No
- RECEIVED / SOURCES
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: $ _____

**CASH** — Have you any cash on hand or money in savings or checking accounts? ☐ Yes  ☒ No  IF YES, state total amount $ _____

**PROPERTY** — Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes  ☒ No
- IF YES, GIVE THE VALUE AND $ DESCRIBE IT
- VALUE / DESCRIPTION

**DEPENDENTS**
- MARITAL STATUS: ☐ SINGLE  ☒ MARRIED  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED
- Total No. of Dependents: 3
- List persons you actually support and your relationship to them:
  - Elisabeth Restriner - wife
  - Joshua Restriner - child
  - Noah Restriner - child

**OBLIGATIONS & DEBTS**

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
- APARTMENT OR HOME: N/A
- Creditors / Total Debt / Monthly Paymt.

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date): 6/18/04

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): E.B.