AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

DISTRICT OF _Massachusetts_

UNITED STATES OF AMERICA

v.

_Eric Resteiner_

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: _CR04-10082 MLW_

I, _Eric Resteiner_, charged in a (complaint) (petition) pending in this District with _wire fraud, mail fraud, money laundering_ in violation of Title _18_, U.S.C., _1343, 1341 and 1956(a)(1)(A)(i)_

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_[signature]_
Defendant

_6/30/04_
Date

_[signature]_
Counsel for Defendant