UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CRIMINAL NO. 04-10082-MLW |
| ERIC E. RESTEINER, ) | |
| Defendant ) | |
| ) | |

### JOINT MOTION TO EXCLUDE TIME

The parties jointly ask the Court to exclude the time from June 18, 2004 through the date of the final status conference, under 18 U.S.C. § 3161(h)(8)(A), because the ends of justice served by allowing time for the defendant to further review the discovery material and to determine what pre-trial motions to file outweigh the defendant's and the public's interest in a speedy trial.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Diane C. Freniere
Diane C. Freniere
Assistant U.S. Attorney

/s/ John A. Amabile
John A. Amabile, Esquire
Counsel for Defendant

Dated: August 4, 2004

8/4/04 [signature], M.J.  Allowed.