UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10082-MLW |
| ) | |
| ERIC E. RESTEINER, ) | |
| Defendant ) | |

## JOINT MOTION TO EXCLUDE TIME

The parties jointly ask the Court to exclude the time from October 13, 2004 through the date of the final status conference, November 18, 2004, under 18 U.S.C. § 3161(h)(8)(A), because the ends of justice served by allowing time for the defendant to further review the discovery material and to determine what pre-trial motions to file outweigh the defendant's and the public's interest in a speedy trial. A proposed order to exclude time is attached hereto.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Diane Freniere
Diane C. Freniere
Assistant U.S. Attorney

/s/ John A. Amabile
John A. Amabile, Esquire
Counsel for Defendant

Dated: October 15, 2004