UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES | ) |
| | ) |
| V. | )   CRIMINAL NO. 04-10082-MLW |
| | ) |
| ERIC RESTEINER | ) |

### ASSENTED TO MOTION TO CONTINUE
### PRETRIAL CONFERENCE

The defendant in the above-entitled matter requests that the pretrial conference presently scheduled for November 18, 2004 be continued until December 7, 2004 at 2:00 p.m. As grounds therefore, defense counsel states the following:

1. The additional time is necessary for counsel to obtain evidence from a foreign country, which may help to facilitate a plea. and

2. Counsel has a personal scheduling conflict making his appearance on November 18 difficult.

The Assistant United States Attorney, Diane Freniere, assents to the continuance.

The defendant waives any claim to a speedy trial for the period involved and agrees that it is excludable time.

Assented to

Diane Freniere

Respectfully submitted

John A. Amabile, Esq.
Attorney for the defendant
AMABILE & BURKLY P.C.
380 Pleasant Street
Brockton MA  02301
508-559-6966
BBO # 016940

11/15/04  [signature], m.j. allowed

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES | ) |
| | ) |
| V. | )  CRIMINAL NO. 04-10082-MLW |
| | ) |
| ERIC RESTEINER | ) |

certificate of service

I, John Amabile, certify that I have served a copy of the MOTION TO CONTINUE on Assistant United States Attorney Diane Freniere by mailing a copy on November 10, 2004.

Respectfully submitted,

John A. Amabile
Attorney for the defendant
AMABILE & BURKLY P.C.
380 Pleasant Street
Brockton MA 02301
508-559-6966
BBO # 016940

# AMABILE & BURKLY, P.C.

ATTORNEYS AT LAW
380 Pleasant Street
Brockton MA  02301
508-559-6966
Facsimile  (508) 559-7954
john.amabile@amabileburkly.com



197 Portland Street
Boston, MA 02114
(617) 723-1456
Facsimile  (617) 723-5043

## REPLY TO BROCKTON

November 10, 2004

Rex Brown, Clerk to Judge Alexander
United States District Court
1 Courthouse Way
Boston MA  02210

    RE:    UNITED STATES V. RESTEINER, No. 04-CR-10082-MLW

Dear Mr. Brown:

Enclosed please find a Motion to Continue Pretrial Conference and certificate of service relative to the above-entitled matter.

Thank you.

                                            Very truly yours,

                                            John A. Amabile

JAA/
Enc.

CC:    Diane Freniere