UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>**UNITED STATES**</u>               CRIMINAL  CASE

                                  NO. <u>04-10082-MLW</u>

      V.

<u>**ERIC RESTEINER**</u>
        Defendant(s)

<u>**NOTICE OF HEARING**</u>

<u>**WOLF, D.J.**</u>

PLEASE TAKE NOTICE that the above-titled case has been set for an INITIAL PRE-TRIAL CONFERENCE on <u>FEBRUARY 15, 2004</u> at 3:45 P.M. before Judge Wolf in Courtroom # <u>10</u> on the <u>5th</u> floor.

                                  TONY ANASTAS
                                  CLERK OF COURT

<u>**February 9, 2005**</u>            By:   <u>/s/ Dennis O'Leary</u>
      **Date**                           **Deputy Clerk**

**Notice to:**
(crim-notice.wpd - 7/99)                  [ntchrgcnf.]
                                        [kntchrgcnf.]