UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR04-10082

| United States | Eric Resteiner |
|---|---|
| PLAINTIFF | DEFENDANT |
| Diane Freniere | John Amabile |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf         CLERK   O'Leary         REPORTER   Twomey

CLERK'S NOTES

| DATES: | Initial Pre-trial Conference |
|---|---|
| 2/15/05 | Court raises the issue of a potential conflict it may have as it knows one of the potential victims. |
| | Court intends to recuse itself from the case. Defendant has no objection to the court acting on the joint motion to exclude time before it recuses itself as the parties are in ongoing discussions to resolve the case. |
| | Court allows the joint motion to exclude time after inquiring of the defendant as to his waiver of his rights under the speedy trial act. |