```
          UNITED STATES DISTRICT COURT
           DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA   ) | |
| ) | |
| v.   ) | Cr. No. 04-10082-MLW |
| ) | |
| ERIC E. RESTEINER   ) | |

ORDER

WOLF, D.J.                                           February 15, 2005

As explained in court on February 15, 2005, one of the alleged victims, prospective witnesses, and potential beneficiaries of any order of restitution in this case is my neighbor. The parties agreed that it was nevertheless appropriate for me to act n their Joint Motion to Exclude Time for Speedy Trial Act purposes, which I allowed. As the parties were informed in court on February 15, 2005, I now hereby RECUSE myself pursuant to 28 U.S.C. §455(a). Accordingly this case is hereby RETURNED to the Clerk to be randomly reassigned.

                                    /s/ Mark L. Wolf
                                    UNITED STATES DISTRICT JUDGE