UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>) CRIMINAL NO. 04-10082-NG<br>ERIC E. RESTEINER, )<br>    Defendant )<br>) | |

JOINT MOTION TO EXCLUDE TIME

The parties jointly ask the Court to exclude the time from June 2, 2005, the date of the initial pretrial conference before this Court, through September 7, 2005, the date of the next scheduled pretrial conference, under 18 U.S.C. § 3161(h)(8)(A), because the ends of justice served by allowing time for the defendant to further review the discovery material and to engage the government in plea discussions to determine if the case can be resolved short of a trial outweigh the defendant's and the public's interest in a speedy trial. A proposed order to exclude time is attached hereto.

                    Respectfully submitted,

  MICHAEL J. SULLIVAN
    United States Attorney

By:  /s/ Diane C. Freniere               By:  /s/ John A. Amabile
      Diane C. Freniere                        John A. Amabile, Esquire
      Assistant U.S. Attorney               Counsel for Defendant

Dated: June 28, 2005

Case 1:04-cr-10082-NG    Document 27    Filed 06/28/2005    Page 2 of 2