UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CRIMINAL NO. 04-10082-NG |
| ERIC E. RESTEINER, ) | |
| Defendant ) | |
| ) | |

## ORDER EXCLUDING TIME

The Court orders that the period of time from September 7, 2005 through the date of the next pretrial conference, October 19, 2005, is excludable under 18 U.S.C. § 3161(h)(8)(A), because the ends of justice served by allowing time for the defendant to further review the voluminous discovery material and to determine whether the case can be resolved by way of a plea, outweigh the defendant's and the public's interest in a speedy trial.

_____
Hon. Nancy Gertner
United States District Court Judge

Dated: _____, 2005