UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | CRIMINAL NO. 04-10082-NG |
| ERIC E. RESTEINER, | ) | |
| Defendant | ) | |
| | ) | |

JOINT MOTION TO EXCLUDE TIME

The parties jointly ask the Court to exclude the time from October 19, 2005, the date of the last pretrial conference before this Court, through February 6, 2006, the date of the trial in this matter, under 18 U.S.C. § 3161(h)(8)(A), because the ends of justice served by allowing time for the defendant to further review the discovery material, to engage the government in plea discussions to determine if the case can be resolved short of a trial, and/or to prepare the case for trial, outweigh the defendant's and the public's interest in a speedy trial. A proposed order to exclude time is attached hereto.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney


By:

| /s/ Diane C. Freniere | /s/ John A. Amabile |
|---|---|
| Diane C. Freniere | John A. Amabile, Esquire |
| Assistant U.S. Attorney | Counsel for Defendant |

Dated: October 21, 2005