UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CRIMINAL NO. 04-10082-NG |
| ERIC E. RESTEINER, ) | |
| Defendant ) | |
| ) | |

ORDER EXCLUDING TIME

The Court orders that the period of time from October 19, 2005 through the date of the trial, February 6, 2006, is excludable under 18 U.S.C. § 3161(h)(8)(A), because the ends of justice served by allowing time for the defendant to further review the voluminous discovery material, to determine whether the case can be resolved by way of a plea, and/or to allow for adequate time to prepare for the trial, outweigh the defendant's and the public's interest in a speedy trial.

_____
Hon. Nancy Gertner
United States District Court Judge

Dated: _____, 2005