October 13, 2005

Judge Gertner
US District Court
One Courthouse Way
Boston MS

RE: **Case #1008ZMLW United States vs. Eric Edward Resteiner**
**Request for Additional Counsel & a Bench Trial**

Dear Judge Gertner:

In February of 2004, I was arrested by the authorities in Singapore, incarcerated and mistreated for two months. Since April 2004, my confinement has been in the Plymouth County Correctional Facility, in Plymouth, Massachusetts. I have continued to ask my Court appointed attorney, John Amobile to file several motions for me that has not taken place. Though requested on numerous occasions, there have been no motions to secure bail, or other supervised pre-trial release.

I have patiently endeavored to work cooperatively with Mr. Amobile and the Prosecution since being brought back to the United States, in an effort to provide evidence that would prove my innocence. There has been little done with respect to a defense on my behalf. My requests have included going over voluminous documents, which I had sent Mr. Amobile to use in my defense of the charges. Little has been accomplished, and there is an immediate need to prepare for trial. There have been numerous instances where the government has asked for, and I have fully cooperated with their requests for information. They fail to keep their bargain on setting plea terms. My Counsel says, "Plead guilty and take your chances". I have continued to resist this suggestion because it would be unwarranted and untruthful on my part. I have often requested a trial date because I am innocent of the charges brought against me.

There have been many efforts on my part to arrive at a plea bargain. All these efforts have been fruitless. Perhaps additional counsel can be appointed, or current counsel be replaced so that a defense can be properly prepared in a more timely manner.

The Justice System certainly does not want to have detainees sit in detention indefinitely without some effort to come to trial. For me, it is now approaching two years of inactively. Because this is a very complex case, and would be most difficult to prepare for a defense, there seems to be little choice but to add additional counsel and/or replace Mr. Amobile. Perhaps the complexity is beyond his time constraints and it is my understanding funds have not been allocated for pretrial expenses.

There appears to be little choice but to send my personal plea to you directly, since progress has not been made toward a resolution. As a result, I suffer because of the lack of cooperation on the part of this Court appointed attorney to file the needed motions; prepare for trial so I respectfully request Your Honor to motivate a defense by either providing additional counsel, or a replacement, and allocation of funds for a proper defense.

Respectfully submitted,

Eric Edward Resteiner