FILED
Clerk's Office
USDC, Mass.
Date 10/19/06
By_____
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 04-10082-NG |
| ) | |
| ERIC E. RESTEINER ) | |
| ) | |

## GOVERNMENT'S ASSENTED TO MOTION TO SEAL

The United States Attorney hereby respectfully moves the Court to seal the accompanying Government's Sentencing Memorandum and the supporting Restitution List until further order of this Court. Counsel for the defendant has assented to this motion

As grounds for this motion, the government states that the Government's Sentencing Memorandum includes sensitive personal, identification, and financial information relating to victims who suffered losses as a result of the charged criminal offenses, and public disclosure of these materials would not be in the interest of justice.

Respectfully submitted this 19th day of October, 2006.

MICHAEL J. SULLIVAN
United States Attorney

By: _____
Diane C. Freniere
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

    This is to certify that I have this day served upon the person listed below a copy of the foregoing document by facsimile and by depositing in the United States mail a copy of the same in an envelope bearing sufficient postage for delivery:

    John A. Amabile
    Amabile & Burkly
    13 Falmouth Heights Road
    Falmouth, MA 02540-3660

This 19th day of October 2006

                                            Michael J. Pineault
                                            Assistant U.S. Attorney