UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No. 04-10082-NG

| | |
|---|---|
| UNITED STATES, | ) |
| | ) |
| V. | )        AFFIDAVIT |
| | ) |
| ERIC RESTEINER, | ) |

I, Eric Resteiner, affirm the following facts under the penalties of perjury:

1. I was arrested and detained in Singapore as a result of my indictment in this case. My detention in jail in Singapore extended for four months.

2. The conditions of confinement were inhumane and onerous.

3. During the first month, I was confined in a small cell with at least three other prisoners. At various times, there were as many as thirty prisoners in a single cell. There was no bed or other furniture. We slept on the floor. There was no toilet. There was, in different cells, either a hole in the floor or a bucket provided for waste. During extended periods, other inmates would urinate on the floor of the cell. There were birds inside the cell block causing further soiling of the cells. For the final three months, I was in solitary confinement.

4.  Water was provided in a bucket for washing and drinking, and was rationed. The food that was provided was inedible and included fish heads and raw fish. I lost 40 ponds while confined there.

5.  The cells that I resided in were adjacent to rooms used to inflict corporal punishment on prisoners, primarily caning, which caused a lot of screaming and other noise. In addition, at various times I was with or adjacent to cells housing inmates who had been sentenced to death.

Respectfully submitted,

_____
Eric Resteiner