UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>ERIC E. RESTEINER, )<br>    Defendant )<br>) | CRIMINAL NO. 04-10082-NG |

JOINT MOTION TO RESCHEDULE SENTENCING DATE

The parties jointly ask this Court to reschedule the date of the sentencing hearing, reset by the Court to December 27, 2006, to the afternoon of either February 1 or February 5, 2007, whichever date is more convenient for the Court. The sentencing hearing will likely need at least a one hour slot as the issue of loss is in dispute and the government anticipates live victim testimony.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:

    /s/
Diane C. Freniere
Assistant U.S. Attorney


    /s/
John A. Amabile, Esquire
Counsel for Defendant

Dated: December 14, 2006