UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10082-NG |
| | ) | |
| ERIC E. RESTEINER, | ) | |
| Defendant | ) | |

GOVERNMENT'S MOTION TO CONTINUE SENTENCING DATE

Now comes the United States, by its attorney, and moves to continue the date of the sentencing in this case and states:

1.Sentencing in this case is scheduled for February 5, 2007 at 3:00 p.m.

2.Assistant U.S. Attorney Diane Freniere has been counsel for this United States throughout this case. AUSA Freniere's mother is gravely ill and may not survive the weekend.

3.Defendant's counsel has advised that he has no objection to this motion.

WHEREFORE, the United States requests that the February 5, 2007 sentencing hearing be postponed. The United States will update the Court's clerk once further information is available.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Stephen P. Heymann
Stephen P. Heymann
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

      I, Stephen P. Heymann, Assistant U.S. Attorney, hereby certify that the document was filed with the Court electronically this 3rd day of February 2, 2007 and will be served on defense counsel electronically.

      /s/ Stephen P. Heymann
Stephen P. Heymann
Assistant U.S. Attorney