FILED IN
OPEN COURT
4/26/07

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No. 04-10082-NG

| | | |
|---|---|---|
| UNITED STATES, | ) | |
| | ) | |
| | ) | |
| V. | ) | motion regarding dna test |
| | ) | |
| | ) | |
| ERIC RESTEINER, | ) | |

The defendant in the above-entitled matter requests that the Court order that any DNA sample provided by the defendant be done through hair or saliva samples instead of blood samples. As reason therefore, the defendant states that his religion prevents him from providing blood samples.

Respectfully submitted,

John A. Amabile
Amabile & Burkly, P.C.
Attorney for the Petitioner
13 Falmouth Heights Road
Falmouth MA  02540
(508) 540-0362
BBO # 016940