U.S. v. Eric E. Resteiner
Cr. No. 04-10082-NG

Restitution List w/o Names

| No. | Investments | Returns | Losses | % |
|---|---|---|---|---|
| 1 | $650,000 | $17,125 | $632,875 | 1.8667% |
| 2 | $600,000 | $231,200 | $368,800 | 1.0878% |
| 3 | $171,610 | $0 | $171,610 | 0.5062% |
| 4 | $300,000 | $0 | $300,000 | 0.8849% |
| 5 | $100,000 | $24,200 | $75,800 | 0.2236% |
| 6 | $100,000 | $17,700 | $82,300 | 0.2428% |
| 7 | $100,000 | $15,610 | $84,390 | 0.2489% |
| 8 | $200,000 | $94,432 | $105,568 | 0.3114% |
| 9 | $200,000 | $19,617 | $180,383 | 0.5321% |
| 10 | $400,000 | $0 | $400,000 | 1.1798% |
| 11 | $618,750 | $432,140 | $186,610 | 0.5504% |
| 12 | $200,000 | $13,285 | $186,715 | 0.5507% |
| 13 | $101,000 | $20,000 | $81,000 | 0.2389% |
| 14 | $45,000 | $750 | $44,250 | 0.1305% |
| 15 | $350,000 | $181,036 | $168,964 | 0.4984% |
| 16 | $100,000 | $23,300 | $76,700 | 0.2262% |
| 17 | $8,100,000 | $3,449,000 | $4,651,000 | 13.7186% |
| 18 | $165,000 | $8,250 | $156,750 | 0.4624% |
| 19 | $350,000 | $200,000 | $150,000 | 0.4424% |
| 20 | $100,000 | $2,350 | $97,650 | 0.2880% |
| 21 | $100,000 | $16,600 | $83,400 | 0.2460% |
| 22 | $3,550,000 | $866,678 | $2,683,322 | 7.9148% |
| 23 | $200,000 | $67,385 | $132,615 | 0.3912% |
| 24 | $100,000 | $1,250 | $98,750 | 0.2913% |
| 25 | $400,000 | $62,440 | $337,560 | 0.9957% |
| 26 | $200,000 | $9,330 | $190,670 | 0.5624% |
| 27 | $500,000 | $6,250 | $493,750 | 1.4564% |
| 28 | $68,833 | $60,745 | $8,088 | 0.0239% |
| 29 | $200,000 | $103,837 | $96,163 | 0.2836% |
| 30 | $450,000 | $118,225 | $331,775 | 0.9786% |
| 31 | $500,000 | $6,200 | $493,800 | 1.4565% |
| 32 | $100,000 | $30,370 | $69,630 | 0.2054% |
| 33 | $100,000 | $0 | $100,000 | 0.2950% |
| 34 | $100,000 | $0 | $100,000 | 0.2950% |
| 35 | $870,000 | $38,862 | $831,138 | 2.4515% |
| 36 | $50,000 | $5,000 | $45,000 | 0.1327% |

U.S. v. Eric E. Resteiner
Cr. No. 04-10082-NG

Restitution List w/o Names

| No. | Investments | Returns | Losses | % |
|---|---|---|---|---|
| 37 | $254,000 | $88,130 | $165,870 | 0.4893% |
| 38 | $200,000 | $57,165 | $142,835 | 0.4213% |
| 39 | $100,000 | $1,250 | $98,750 | 0.2913% |
| 40 | $150,000 | $0 | $150,000 | 0.4424% |
| 41 | $417,500 | $319,638 | $97,862 | 0.2887% |
| 42 | $148,600 | $21,000 | $127,600 | 0.3764% |
| 43 | $115,000 | $38,740 | $76,260 | 0.2249% |
| 44 | $100,000 | $5,000 | $95,000 | 0.2802% |
| 45 | $250,000 | $0 | $250,000 | 0.7374% |
| 46 | $206,250 | $144,047 | $62,203 | 0.1835% |
| 47 | $100,000 | $2,350 | $97,650 | 0.2880% |
| 48 | $100,000 | $0 | $100,000 | 0.2950% |
| 49 | $40,000 | $0 | $40,000 | 0.1180% |
| 50 | $100,000 | $0 | $100,000 | 0.2950% |
| 51 | $600,000 | $300,000 | $300,000 | 0.8849% |
| 52 | $80,000 | $0 | $80,000 | 0.2360% |
| 53 | $200,000 | $70,000 | $130,000 | 0.3834% |
| 54 | $104,700 | $24,777 | $79,923 | 0.2357% |
| 55 | $200,000 | $76,240 | $123,760 | 0.3650% |
| 56 | $750,000 | $0 | $750,000 | 2.2122% |
| 57 | $191,000 | $0 | $191,000 | 0.5634% |
| 58 | $1,000,000 | $72,500 | $927,500 | 2.7358% |
| 59 | $100,000 | $30,000 | $70,000 | 0.2065% |
| 60 | $200,000 | $53,353 | $146,647 | 0.4326% |
| 61 | $450,000 | $10,560 | $439,440 | 1.2962% |
| 62 | $100,000 | $20,000 | $80,000 | 0.2360% |
| 63 | $70,000 | $7,847 | $62,153 | 0.1833% |
| 64 | $100,000 | $38,105 | $61,895 | 0.1826% |
| 65 | $100,000 | $20,000 | $80,000 | 0.2360% |
| 66 | $400,000 | $152,465 | $247,535 | 0.7301% |
| 67 | $100,000 | $0 | $100,000 | 0.2950% |
| 68 | $200,000 | $145,500 | $54,500 | 0.1608% |
| 69 | $100,000 | $5,300 | $94,700 | 0.2793% |
| 70 | $700,000 | $555,687 | $144,313 | 0.4257% |
| 71 | $150,000 | $42,500 | $107,500 | 0.3171% |
| 72 | $400,000 | $89,785 | $310,215 | 0.9150% |

U.S. v. Eric E. Resteiner
Cr. No. 04-10082-NG

Restitution List w/o Names

| No. | Investments | Returns | Losses | % |
|---|---|---|---|---|
| 73 | $350,000 | $33,300 | $316,700 | 0.9341% |
| 74 | $5,000,000 | $3,940,000 | $1,060,000 | 3.1266% |
| 75 | $300,000 | $92,500 | $207,500 | 0.6120% |
| 76 | $500,000 | $0 | $500,000 | 1.4748% |
| 77 | $250,000 | $3,110 | $246,890 | 0.7282% |
| 78 | $500,000 | $281,620 | $218,380 | 0.6441% |
| 79 | $1,300,000 | $1,105,397 | $194,603 | 0.5740% |
| 80 | $10,000 | $235 | $9,765 | 0.0288% |
| 81 | $500,000 | $44,900 | $455,100 | 1.3424% |
| 82 | $24,000 | $0 | $24,000 | 0.0708% |
| 83 | $14,000 | $0 | $14,000 | 0.0413% |
| 84 | $100,000 | $36,700 | $63,300 | 0.1867% |
| 85 | $200,000 | $76,225 | $123,775 | 0.3651% |
| 86 | $100,000 | $2,350 | $97,650 | 0.2880% |
| 87 | $100,000 | $31,040 | $68,960 | 0.2034% |
| 88 | $100,000 | $38,750 | $61,250 | 0.1807% |
| 89 | $100,000 | $49,040 | $50,960 | 0.1503% |
| 90 | $100,000 | $1,250 | $98,750 | 0.2913% |
| 91 | $200,000 | $76,225 | $123,775 | 0.3651% |
| 92 | $2,650,000 | $488,880 | $2,161,120 | 6.3745% |
| 93 | $575,000 | $80,448 | $494,552 | 1.4587% |
| 94 | $375,000 | $77,812 | $297,188 | 0.8766% |
| 95 | $200,000 | $2,500 | $197,500 | 0.5825% |
| 96 | $40,000 | $13,465 | $26,535 | 0.0783% |
| 97 | $710,000 | $0 | $710,000 | 2.0942% |
| 98 | $250,000 | $186,875 | $63,125 | 0.1862% |
| 99 | $250,000 | $18,125 | $231,875 | 0.6839% |
| 100 | $260,000 | $82,628 | $177,372 | 0.5232% |
| 101 | $40,000 | $18,776 | $21,224 | 0.0626% |
| 102 | $100,000 | $0 | $100,000 | 0.2950% |
| 103 | $100,000 | $5,833 | $94,167 | 0.2778% |
| 104 | $200,000 | $58,225 | $141,775 | 0.4182% |
| 105 | $100,000 | $0 | $100,000 | 0.2950% |
| 106 | $2,600,000 | $1,642,800 | $957,200 | 2.8234% |
| 107 | $200,000 | $154,695 | $45,305 | 0.1336% |
| 108 | $85,000 | $60,000 | $25,000 | 0.0737% |

U.S. v. Eric E. Resteiner
Cr. No. 04-10082-NG

Restitution List w/o Names

| No. | Investments | Returns | Losses | % |
|---|---|---|---|---|
| 109 | $13,500 | $0 | $13,500 | 0.0398% |
| 110 | $100,000 | $0 | $100,000 | 0.2950% |
| 111 | $4,000,000 | $910,800 | $3,089,200 | 9.1119% |
| 112 | $100,000 | $17,700 | $82,300 | 0.2428% |
| 113 | $200,000 | $58,170 | $141,830 | 0.4183% |
| 114 | $270,000 | $55,501 | $214,499 | 0.6327% |
|  | **$52,183,743** | **$18,280,981** | **$33,902,762** | 100.0000% |