UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>ERIC E. RESTEINER, )<br>      Defendant )<br>) | CRIMINAL NO. 04-10082-NG |

### GOVERNMENT'S MOTION TO DISMISS COUNTS

Pursuant to the parties plea agreement in this case, the government moves to dismiss counts 1-11, 17-34, 36-39 and 41-60 of the Indictment.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

By:   /s/ Diane C. Freniere
       Assistant U.S. Attorney

Date: May 18, 2007

### CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by facsimile and by email to:

    John A. Amabile
    Amabile & Burkley

This 18th day of May 2007.

            <u>/s/ Diane C. Frenire</u>
            ASSISTANT UNITED STATES ATTORNEY